# DECISIONS IN CASES NOT REPORTED

## FIFTH DEPARTMENT, JUNE TERM, 1887.

John I. Lawrence and others, Executors, etc., Appellants, v. James M. Whitney and others, Respondents. — Judgment affirmed, with costs. Opinion by Bradley, J.

In the Matter of the Final Settlement of the Accounts of Franklin M. Hall, Executor, etc.— Decree affirmed, without costs. Opinion by Bradley, J.

John H. Ward, Assignee, etc., Appellant, v. Sylvester F. Strong, Respondent. — Judgment and order affirmed.

Mary J. Burley, Respondent, v. Orren Barnhart, Executor, etc., Appellant. — Judgment and order affirmed, with costs of this appeal payable out of the estate. Opinion by Haight, J.

Sheldon Carpenter, Appellant, v. Edwin Andrews and others, Respondents.— Judgment affirmed, with costs. Opinion by Haight, J,

Frederick Howard, as Receiver, etc., Appellant, v. Thomas Stoddard and others, Respondents.—Judgment reversed and new trial granted before another referee, costs to abide event. Opinion by Bradley, J. ; Haight, J., not voting.

James B. Thomas, as Treasurer of the Willard Asylum for the Insane, Respondent, v. The Board of Supervisors, Appellant. — Judgment affirmed on the opinion of Rumsey, J., at Special Term

George H. Terry, Plaintiff, v. William Haitz and another, Defendants. — Motion for new trial granted, costs to abide event. Opinion by Smith, P. J.

Eliza B. Wing, Respondent,' v. The City of Rochester, Appellant. — Judgment affirmed, with costs, with leave to the appellant to apply at Special Term for a renewal of the stay of the issuing of the injunction, if it shall be advised so to do. Opinion by Smith, P. J.

In the Matter of the Probate of the Last Will and Testament of Milton Budlong, Deceased. — Decree reversed and a trial by jury ordered in the Monroe Circuit of the issues stated in the opinion, costs to abide the final award of costs. Opinion by Haight, J.

John H. Ward, as Assignee, etc., Respondent and Appellant, v. Henry B. Higgins, Appellant and Respondent. — Judgment affirmed, without costs to either party. Opinion by Bradley, J.

Charles H. Moore, as Receiver, etc., Appellant, v. The American Loan and Trust Company and others, Respondents. — Judgment affirmed, with costs, on the opinion of Childs, J., at Special Term.

John H. Diver, Appellant, v. London and Lancashire Fire Insurance Company of Liverpool, England, Respondent. — Judgment affirmed, with costs. Opinion by Haight, J.

John R. Baker, Respondent, v. The New York State Mutual Benefit Association, Appellant. — Judgment and order affirmed. Opinion by Bradley, J.

Lorenzo D. Chilson, Respondent, v. Chauncey Huggans, Appellant. — Judgment affirmed.

Buffalo Lubricating Oil Company, Limited, Appellant, v. Hiram B. Everest and another, Respondents. — Order affirmed, with costs of this appeal to the respondents, to abide event, on the opinion of Barker, J., at Special Term.

Elizabeth R. Wells, Respondent, v. The World's Dispensary Medical Association, Appellant. — Judgment and order affirmed. Opinion by Bradley, J.

John J. Hanna, Plaintiff, v. Mary M. G. Lawrence, Defendant. — Motion for new trial denied, and judgment ordered for plaintiff on the verdict. Opinion by Smith, P. J.

The Delaware, Lackawanna and Western Railroad Company, Appellant, v. John M. Burkard and others, Respondents. — Order modified so as to direct retaxation of costs, and that the same be limited to the allowance of a single bill of costs to the defendant Burkard and a single bill of costs to both defendants Fritchie, without costs of this appeal to either party.

The People of the State of New York ex rel. The West Shore Railroad Company, Appellant, v. Alfred D. Putnam and others, Assessors of the Town of Brutus, Cayuga County, Respondents. — Order reversed, with ten dollars costs and disbursements. Opinion by Haight, J.

John J. Lawrence and others, Appellants, v. James M. Whitney and others, Respondents.— Order affirmed, without costs.

The People of the State of New York ex rel. Martin D. Meehan, Respondent, v. The Board of Supervisors of Wayne County, Appellant.— Same order as in People ex rel. Mason v. Same, Appellant, with disbursements only.

The People of the State of New York ex rel. George Kent, Respondent, v. The Board of Supervisors of Wayne county, Appellant. — Same order as in People ex rel. Mason v. Same, Appellant, with disbursements only.

Ignatz Thalheimer v. Ferdinand Hayes. — Order affirmed, with ten dollars costs and disbursements to be paid by the receiver out of any funds in his hands as such. Opinion by Smith, P. J.

The People of the State of New York, Respondent, v. Henry G. Luke, Appellant. — We have examined the case upon the merits, and, in so far as the facts are concerned or the exercise of a discretion vested in this court, a new trial should be denied. But the judgment and conviction are reversed on questions of law only, and a new trial ordered. For that purpose the proceedings are remitted to the Court of Sessions of Monroe county. Opinion by Haight, J.

Thomas F. Stark, Appellant, v. Asa T. Soule, Respondent. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Bradley, J.; Haight. J., not voting.

Phillip F. Kribbs, Respondent, v. Byron Alford and others, Appellants — Judgment affirmed, with costs. Opinion by Haight, J.

Joseph Smith, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed. Opinion by Smith, P. J.

David Sullivan, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Order affirmed on opinion of Rumsey, J., at circuit, and the opinion of Bradley, J., in Monaghan v. Same, Defendant, at present term.

Lawrence O'Loughlin, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed. Opinion by. Smith, P. J.

James C. Stout v. Thomas Jones. — Judgment affirmed. Opinion by Haight, J.

Michael Anken, as Executor, etc., Appellant, v' John Kiener, Respondent. — Judgment and order affirmed. Opinion by Smith, P. J.